■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS MALLOY, Appellant. [608 NYS2d 862] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered April 30, 1992, convicting him of attempted robbery in the second degree and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, to the extent that the defendant attacks the accuracy and veracity of the complainant's testimony on the issue of identification, we note that resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily issues to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contention is unpreserved for appellate review *(see,* CPL 470.05 [2]) and, in any event, is without merit. Sullivan, J. P., Pizzuto, Joy and Goldstein, JJ., concur.